February 10, 2020

Marc Stout
30 Willow Branch Place
Fredericksburg, VA 22405

Civil Clerk
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314



To whom it may concern:

Enclosed is my petition to proceed in forma pauperis and a Section 1983 complaint. Please docket the case and serve process.