MARC STOUT
30 WILLOW BRANCH PLACE
F'BURG, VA 22405

U.S. DISTRICT COURT
EASTERN DISTRICT OF VA
401 COURTHOUSE SQUARE
ALEXANDRIA, VA 22314