MARC [illegible]
30 WILLOW BRANCH PLACE
P'BURG, VA 22405

22314-570499

U.S. DISTRICT COURT
EASTERN DISTRICT OF VA
401 COURTHOUSE SQUARE
ALEXANDRIA, VA 22314

[Postmark: RICHMOND VA 230, 19 FEB 2020 PM 8 L]
[Stamp: U.S. MARSHAL'S / INSPECTED]