**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

FILED
APR 29 2020
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| PLAINTIFF<br>Marc Stout, et al. | COURT CASE NUMBER<br>1:20cv147-RDA-TCB |
| DEFENDANT<br>Sgt. Mischou, et al. | TYPE OF PROCESS<br>Summons & Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Sgt. Mischou, Manassas City Police Officer
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
9518 Fairview Avenue, Manassas, Virginia  20110

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Marc Stout and Robert Stout
30 Willow Branch Place
Fredericksburg, VA  22405

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT   [signed] Paulene R. Miller, Deputy Clerk   TELEPHONE NUMBER (703) 299-2101   DATE 03/05/2020

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process 10/2 | District of Origin No. C83 | District to Serve No. C83 | Signature of Authorized USMS Deputy or Clerk [signed] Jewel Dodges | Date 3-17-2020 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
JACOB MARTZ, MANASSAS PD INTERNAL AFFAIRS

Date 04/27/20   Time 1100 ☒ am ☐ pm

Address *(complete only different than shown above)*

Signature of U.S. Marshal or Deputy [signed]

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $65.00 | $17.44 | 0 | $82.44 | 0 | $82.44 |

REMARKS

2020 MAR -6 PM 2:45 RECEIVED EASTERN DISTRICT OF VIRGINIA ALEXANDRIA DIVISION UNITED STATES MARSHAL

Form USM-285
Rev. 11/18

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

Marc Stout, et al.
)
)
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 1:20cv147-RDA-TCB
)
Sgt. Mischou, et al. )
)
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Sgt. Mischou
9518 Fairview Ave.
Manassas, VA 20110

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Marc Stout and Robert Stout
30 Willow Branch Place
Fredericksburg, VA 22405

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 03/05/2020     _____
                    Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:20cv147-RDA-TCB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __SGT MISCHOY__
was received by me on *(date)* __03/17/2020__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* __JACOB MARTZ__ , who is
designated by law to accept service of process on behalf of *(name of organization)*
__MANASAS POLICE__ on *(date)* __04/27/2020__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ __17.44__ for travel and $ __65.00__ for services, for a total of $ __82.44__ 0.00 .

I declare under penalty of perjury that this information is true.

Date: __04/27/2020__

_____
Server's signature

__ALEXEK__  __PASM__
Printed name and title

__401 COURTHOUSE SQ, ALEXANDRIA VA__
Server's address

Additional information regarding attempted service, etc: