**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
(Alexandria Division)

| | | |
|---|---|---|
| MARC STOUT, ET. AL., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:20-cv-147 (RDA/TCB) |
| | ) | |
| SGT. MISCHOU | ) | |
| | ) | |
| and | ) | |
| | ) | |
| LT. BISEK, | ) | |
| | ) | |
| Defendants. | ) | |

**PROPOSED ORDER**

THIS MATTER came before the Court on Defendants Sgt. Mischou and Lt. Bisek's Motion to Dismiss filed pursuant to Fed. R. Civ. P. 12(b)(1) and (6). It appearing to the Court that the defendants' Motion should be granted for the reasons set forth in pleadings; it is

ORDERED that defendants Sgt. Mischou and Lt. Bisek's Motion to Dismiss be and hereby is granted and all claims are dismissed with prejudice.

_____
The Honorable Rossie D. Alston, Jr.