# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | | |
|---|---|---|
| MARC STOUT, ET. AL., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:20-cv-147 (RDA/TCB) |
| | ) | |
| SGT. MISCHOU | ) | |
| | ) | |
| and | ) | |
| | ) | |
| LT. BISEK, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF HEARING

THE CLERK OF THE COURT is kindly requested to place this case on the court's docket for Friday, June 26, 2020, at 10:00 a.m., or as soon thereafter as the matter may be heard, for argument on the defendants' Motion to Dismiss. [Docket Nos. 10 and 11].

**SERGEANT MISCHOU AND LIEUTENANT BISEK**

By Counsel

_____/s/_____
Julia B. Judkins, VSB No. 22597
Heather K. Bardot, VSB No. 37269
BANCROFT, McGAVIN, HORVATH & JUDKINS, P.C.
9990 Fairfax Boulevard, Suite 400
Fairfax, Virginia 22030
Telephone:   (703) 385-1000
Facsimile:   (703) 385-1555
jjudkins@bmhjlaw.com
hbardot@bmhjlaw.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2020, I have mailed copies of this pleading to the following identified individuals (and have emailed copy to plaintiffs Messrs. Marc Stout and Robert Stout), and I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF), if possible, to the following:

>Messrs. Marc and Robert Stout
>30 Willow Branch Place
>Fredericksburg, VA 22405
>legaleyesdrugs@gmail.com
>*Pro Se Plaintiffs*

                                                /s/
                          Julia B. Judkins, VSB No. 22597
                          BANCROFT, McGAVIN, HORVATH
                             & JUDKINS, P.C.
                          9990 Fairfax Boulevard, Suite 400
                          Fairfax, Virginia 22030
                          Telephone:   (703) 385-1000
                          Facsimile:   (703) 385-1555
                          jjudkins@bmhjlaw.com
                          *Counsel for Defendant*s