UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| MARC STOUT, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 1:20-cv-147 (RDA/TCB) |
| | ) |
| SGT. MISCHOU et al., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS SERGEANT MISCHOU AND LIEUTENANT BISEK'S SUPPLEMENTAL FILING FOR CORRECTION OF EXHIBIT A**

COME NOW the defendants, Sergeant Mischou ("Mischou") and Lieutenant Bisek ("Bisek"), by counsel, and hereby file with the court this pleading correcting the link to defendants' Exhibit A, previously identified and cited in defendants' Memorandum in Support of Motion to Dismiss at page 5 and, in support thereof, state as follows:

Defendants previously provided a link to the you-tube video made by the plaintiffs. However after learning on January 28 that the link was not opening to the video, it was checked, and that link contained a typographical error. The correct link for the video footage taken by the plaintiffs and posted by them on you-tube is:

https://www.youtube.com/watch?v=Nb_Hu2ts7_Y

Filing an electronic copy of that link is not possible at this time because of you-tube restrictions preventing the downloading or copying onto a disc or thumbdrive. But the above link is correct and the video can be reviewed from that link.

**SERGEANT MISCHOU AND LIEUTENANT BISEK**

By Counsel

/s/

Julia B. Judkins, VSB No. 22597
Heather K. Bardot, VSB No. 37269
BANCROFT, McGAVIN, HORVATH & JUDKINS, P.C.
9990 Fairfax Boulevard, Suite 400
Fairfax, Virginia 22030
Telephone: (703) 385-1000
Facsimile:  (703) 385-1555
jjudkins@bmhjlaw.com
hbardot@bmhjlaw.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2021, I have mailed copies of this pleading to the following identified individuals (and have emailed copy to plaintiffs Messrs. Marc Stout and Robert Stout), and I electronically filed the foregoing along with electronic copy of Ex. A with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF), if possible, to the following:

> Messrs. Marc and Robert Stout
> 30 Willow Branch Place
> Fredericksburg, VA 22405
> legaleyesdrugs@gmail.com
> *Pro Se Plaintiffs*

/s/

Julia B. Judkins, VSB No. 22597
BANCROFT, McGAVIN, HORVATH
  & JUDKINS, P.C.
9990 Fairfax Boulevard, Suite 400
Fairfax, Virginia 22030
Telephone: (703) 385-1000
Facsimile:  (703) 385-1555
jjudkins@bmhjlaw.com
*Counsel for Defendant*s