



RECEIVED
MAILROOM

JAN 2 9 2021

CLERK, U.S. DISTRICT COURT
ALEXANDRIA VIRGINIA

United States District Court
For the Eastern District of Virginia
E-Noticing Registration Request for Pro Se Litigants

Case Number: 1:20cv00147

Name: MARC J. STOUT

Address: 30 WILLOW BRANCH PLACE

FREDERICKSBURG, VA 22405

Telephone Number: 571-398-9689

Email Address: FORMULAFOCUSED@GMAIL.com

The undersigned:
 ➢ Consents to receiving notice of filings pursuant to Fed. R. Civ. P.
   5(b) via the Court's electronic filing system.
 ➢ Waives service and notice by first class mail of all electronically filed
   documents to include orders and judgments.
 ➢ Is responsible for immediately notifying the court in writing of any
   change of email address.
 ➢ Must be registered with PACER (www.pacer.gov).

Signature: _____ Date: 1/26/2021

Court Use Only:

The request is GRANTED _____   or DENIED _____

_____      _____
(Judge's Signature)                (Date)