

United States District Court
For the Eastern District of Virginia
E-Noticing Registration Request for Pro Se Litigants



Case Number: 1:20cv00147

Name: MARC J. STOUT

Address: 30 Willow Branch Place
Fredericksburg, VA 22405

Telephone Number: 571-398-9689

Email Address: FORMULAFOCUSED@GMAIL.COM

The undersigned:
- Consents to receiving notice of filings pursuant to Fed. R. Civ. P. 5(b) via the Court's electronic filing system.
- Waives service and notice by first class mail of all electronically filed documents to include orders and judgments.
- Is responsible for immediately notifying the court in writing of any change of email address.
- Must be registered with PACER (www.pacer.gov).

Signature: [signature]   Date: 1/26/2021

Court Use Only:

The request is GRANTED __X__   or DENIED _____

[signature] /s/          1/29/2021
(Judge's Signature)     (Date)