IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| Marc Stout, et al ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:20-cv-00147 |
| ) | (RDA/TCB) |
| ) | |
| Sgt. Mischou, et al ) | |
| ) | |
| Defendant. ) | |

**JUDGMENT**

Pursuant to the order of this Court entered on 02/05/2021 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the defendants.

FERNANDO GALINDO, CLERK OF COURT

By:_____/s/_____
K. Galluzzo
Deputy Clerk

Dated: 2/5/2021
Alexandria, Virginia